418

No. 14–0660/AR.  U.S. v. Michael C. Budka.  CCA 20120435.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 3, 2014.

Tuesday, June 17, 2014

No. 14–0491/AR.  U.S. v. Jacob T. Nemeth.  CCA 20120653.  Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEA OF GUILT TO DISOBEYING THE ORDER OF HIS COMMANDER IN VIOLATION OF ARTICLE 90, UCMJ, WHEN THE ULTIMATE OFFENSE AT ISSUE WAS THE MINOR OFFENSE OF RESTRICTION BREAKING DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY "ABOVE THE COMMON RUCK."

No briefs will be filed under Rule 25.

